Filed 10/22/13  In re Angel J. CA2/7

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8,1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

### IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SECOND APPELLATE DISTRICT

### DIVISION SEVEN

| | |
|---|---|
| In re ANGEL J., a Person Coming Under the Juvenile Court Law. | B248046 (Los Angeles County Super. Ct. No. GJ29838) |
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>        v.<br><br>ANGEL J.,<br><br>        Defendant and Appellant. | |

        APPEAL from an order of the Superior Court of Los Angeles County.
Robin Miller Sloan, Judge.  Affirmed.

        Gerald Peters, under appointment by the Court of Appeal, for Defendant and Appellant.

        No appearance for Plaintiff and Respondent.

—————————————

Angel J., then 16 years old, was involved in a physical altercation with another male high school student while standing in line at a drinking fountain. Angel punched the student in the mouth, dislodging his tooth. As a result, the student had to undergo extensive dental work and curtailment of certain activities.

The People filed a Welfare and Institutions Code section 602 petition alleging Angel had committed battery with serious bodily injury (Pen. Code, § 243, subd. (d)), a felony. Represented by counsel, Angel denied the allegation.

At the conclusion of the jurisdiction hearing, the juvenile court found the allegation true and sustained the petition. The court denied a defense motion to reduce the offense to a misdemeanor (Pen. Code, § 17, subd. (b)) and declared the offense a felony. After sustaining the petition, the court declared Angel a ward of the court, ordered him home on probation, and deferred the matter of victim restitution to a later date.

We appointed counsel to represent Angel on appeal.

After examination of the record, counsel filed an opening brief in which no issues were raised. On July 25, 2013, we advised Angel he had 30 days within which to personally submit any contentions or issues he wished us to consider. No response has been received to date.

We have examined the entire record and are satisfied Angel's attorney has fully complied with the responsibilities of counsel and no arguable issues exist. (*Smith v. Robbins* (2000) 528 U.S. 259, 277-284 [120 S.Ct. 746, 145 L.Ed.2d 756]; *People v. Kelly* (2006) 40 Cal.4th 106, 112-113; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

**DISPOSITION**

The order is affirmed.

**WOODS, J.**

**We concur:**

**PERLUSS, P. J.**                                              **SEGAL, J.**[*]

---

[*]    Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.